GRIEVANCE ADMINISTRATOR v ROSELY. (Docket No. 69060.) Leave to appeal and leave to appeal as cross-appellant denied. *Eugene N. LaBelle,* Deputy Grievance Administrator, for petitioner-appellee. *Metry, Metry & Sanom* for respondent-appellant.

MAY 19, 1983

IN THE MATTER OF WHELAN. (Docket No. 70082.) Leave to appeal denied. *Sandra Girard* for appellant. *Louis Rosenzweig* for the Grievance Administrator.

MAY 25, 1983

THE DETROIT EDISON COMPANY v PUBLIC SERVICE COMMISSION. (Docket Nos. 61294, 61295.) Rehearing denied. *Frank J. Kelley,* Attorney General, *Louis J. Caruso,* Solicitor General, and *Hugh B. Anderson,* Assistant Attorney General, for plaintiff-appellee Attorney General. *Frank J. Kelley,* Attorney General, *Louis J. Caruso,* Solicitor General, and *Don L. Keskey* and *S. David Kutinsky,* Assistants Attorney General, for defendant-appellee Public Service Commission. *Foster, Swift, Collins & Coey, P.C.,* and *Leon S. Cohan, Christopher C. Nern,* and *A. Robert Pierce, Jr.,* for intervening defendant-appellant The Detroit Edison Company. Reported at 416 Mich 510.

BOYLE, J., not participating.

KAVANAGH, J., would grant rehearing.

LEVIN, J., would grant the motion for rehearing and says:

Detroit Edison has filed a motion for rehearing of this Court's December, 1982, decision sustaining an appropriation of $23,500,000 of Detroit Edison's capital. The motion should be granted and the case once again set down for plenary hearing and decision.

On December 22, 1975, the Michigan Public Service Commission entered an order requiring Detroit Edison to write off accumulated deferred fuel costs of approximately $26,350,000 against net income over a period of ten years. The circuit court reversed, and Detroit Edison was authorized to collect the deferred fuel costs from its customers over a 12-month period; Detroit Edison actually collected approximately $23,500,000.

In March, 1978, the Court of Appeals reversed the circuit court. In December 1982, the Court of Appeals was affirmed by an equal